```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01376
   JOSE DE JESUS BALCAZAR
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-6348


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 01/22/08 and confirmed on 05/12/08.

   2.   The case was dismissed after confirmation, 10/23/2008.

   3.   The Debtor paid a total of $  13754.00 .

   4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG    9005.33           .00        9005.33
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE    3697.61           .00            .00
COUNTRYWIDE FINANCIAL      SECURED           801.33           .00         801.33
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE     640.00           .00            .00
GMAC PAYMENT CENTER        SECURED VEHIC   21675.63        980.45        2182.92
AT&T MOBILITY LLC          UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        4104.04           .00            .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED          .00            .00
CITIBANK                   UNSECURED       NOT FILED          .00            .00
DISCOVER BANK              UNSECURED        2738.72           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        1620.60           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        4999.14           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         306.25           .00            .00
MCYDSNB                    UNSECURED       NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        1273.82           .00            .00
SPRINT NEXTEL              UNSECURED        1216.57           .00            .00
TARGET                     UNSECURED       NOT FILED          .00            .00
UNITED CONSUMER FINANCIA   UNSECURED        1238.07           .00            .00
            Summary of disbursements:

                      SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   35819.90         .00     17497.21         .00      53317.11
PRINCIPAL PAID       11989.58         .00          .00         .00      11989.58
INTEREST PAID          980.45         .00          .00         .00        980.45
TOTAL PAID           12970.03         .00          .00         .00      12970.03
The Debtor's attorney, TIMOTHY K LIOU              , was allowed $   3500.00
and was paid $  2741.80  direct and $     .00  through the plan.

The Trustee received $     783.97 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 01376 JOSE DE JESUS BALCAZAR